FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/15/2015 2:38:29 PM

CHRISTOPHER A. PRINE
Clerk

# EXHIBIT A

# Board of Law Examiners
Appointed by the Supreme Court of Texas

P.O. Box 13486 * Austin, Texas 78711-3486

## Acknowledgment Letter
## Non-Resident Attorney Fee

June 26, 2015

To: Ricardo Salazar

Via: rsalazar@robbinsarroyo.com

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

    **Non-resident attorney:** George C. Aguilar

    **Case:** 01-15-00544-CV

    **Texas court or body:** First Court of Appeals Houston Texas

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule XIX(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule XIX(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule XIX of the Rules Governing Admission to the Bar of Texas and §82.0361 of the Texas Government Code, which can be found on the Board's website.

Sincerely,

Susan Henricks
Executive Director